THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, | CASE NO. C20-0215-JCC |
| Petitioner, | ORDER |
| v. | |
| PRESIDENT OF THE UNITED STATES, | |
| Respondent. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 2). Judge Peterson recommends that the Clerk be directed to administratively close this matter because Mr. Demos did not submit a filing fee as required by an order issued in 1997. (*See* Dkt. No. 2 at 1) (citing *Demos v. Stanley*, MC97-0031-JLW, Dkt. No 1 (W.D. Wash. 1997). Petitioner has not filed objections to Judge Peterson's report and recommendation, and the Court agrees with Judge Peterson's analysis. Accordingly, the Court ORDERS as follows:

1. The report and recommendation (Dkt. No. 2) is ADOPTED;

2. The Clerk is DIRECTED to administratively close this matter.

   //

   //

   //

ORDER
C20-0215-JCC
PAGE - 1

1    DATED this 27th day of March 2020.

2

3

4

   _____
5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26